IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| A&J MANUFACTURING, LLC, )<br>    a Georgia corporation, and )<br> )<br>A&J MANUFACTURING, INC., )<br>    a Florida corporation, )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>W.C. BRADLEY CO., )<br>    a Georgia corporation, and )<br> )<br>ZHEJIANG FUDEER ELECTRIC )<br>    APPLIANCE CO., LTD., )<br>    a corporation of the People's )<br>    Republic of China, )<br> )<br>    Defendants. ) | Civil Action No.<br>2:13-cv-00115-LGW-JEG |

## JOINT MOTION TO SUBSTITUTE DEFENDANTS AND CONSOLIDATE AND STAY THE CASE

Plaintiffs A&J Manufacturing, LLC and A&J Manufacturing, Inc. (collectively, "the A&J Entities") and Defendant W.C. Bradley Co. ("WCB") and Zhejiang Fudeer Electric Appliance Co., Ltd. ("Fudeer") hereby jointly move the Court for an Order substituting Char-Broil, LLC ("Char-Broil") as a defendant in place of WCB, as the real party in interest under Rule 17 of the Federal Rules of

Civil Procedure.  The same substitution has been effected in the case before the United States International Trade Commission, styled *In re Certain Multiple Mode Outdoor Grills and Parts Thereof*, Investigation No. 337-TA-895 (hereafter referred to as "The ITC Action").

The Parties also jointly request, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, that after Char-Broil is substituted for WCB, the Court consolidate this action with the action filed by Char-Broil against the A&J Entities in this Court styled *Char-Broil, LLC v. A&J Manufacturing, LLC & A&J Manufacturing, Inc.*, 2:13-cv-00140-LGW-JEG, with the A&J Entities, subject to future developments in the case, being denominated the plaintiff and counterclaim defendant and Char-Broil being denominated a defendant and counterclaim plaintiff, so that Char-Broil's complaint against A&J in that action will be denominated a counter-claim in this action.

The parties then jointly request that the Court stay this litigation pending the resolution of the ITC Action, involving the same patents at issue in this litigation, with any party having the right to move to lift the stay based on future actions by any party or future developments in the ITC Action.  A proposed order is attached for the Court's consideration.

Respectfully submitted, this 10th day of January, 2014.

                        KING & SPALDING LLP

                        */s/ John W. Harbin*
                        John W. Harbin
                         (Ga. Bar No. 324130)

                        1180 Peachtree Street
                        Atlanta, Georgia  30309
                        Tel: (404) 572-4600
                        Fax: (404) 572-5134


                        JAMES B. DURHAM
                        Ga. Bar No. 235526
                        Durham & Rizzi, P.C
                        Post Office Box 2177
                        Brunswick, GA  31521-2177
                        Telephone: (912) 264-4480
                        Email: jdurham@durhamfirm.com

                        ATTORNEYS FOR DEFENDANTS
                        W.C. BRADLEY CO. AND ZHEJIANG
                        FUDEER ELECTRIC APPLIANCE CO.,
                        LTD.


                        */s/ Mark D. Johnson*
                        Mark D. Johnson
                        Ga. Bar No. 395041
                        GILBERT, HARRELL, SUMERFORD &
                        MARTIN, PC
                        777 Gloucester Street
                        Suite 200

P.O. Box 190
Brunswick, GA 31520
mjohnson@gilbertharrelllaw.com
Telephone: (912)-265-6700
Fax: (912)-264-3917

Robert J. Carlson
LEE & HAYES PLLC
WSBA No. 18455
701 Pike Street, Suite 1600
Seattle, WA 98101
Telephone: (206) 315-4001
carlson@leehayes.com

ATTORNEYS FOR PLAINTIFFS
A&J MANUFACTURING, LLC and
A&J MANUFACTURING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT MOTION TO SUBSTITUTE DEFENDANTS AND CONSOLIDATE AND STAY THE CASE** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record by e-mail.

Dated: January 10th, 2014

/s/ John W. Harbin