UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| A&J MANUFACTURING, LLC, And A&J MANUFACTURING, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> CHAR-BROIL, LLC, and ZHEJIANG FUDEER ELECTRIC APPLIANCE CO., LTD, <br><br>  Defendants. | CIVIL ACTION NO. <br><br> 2:13-CV-00115-LGW-RSB |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
REQUEST FOR STATUS CONFERENCE**

Now come Defendants, Char-Broil, LLC and Zhejiang Fudeer Electric Appliance Co., Ltd., ("Fudeer") and, by their counsel, respond to Plaintiffs' "Request for Status Conference" filed on February 27, 2017 (Dkt. No. 24). Plaintiff's Request for Status Conference listed W.C. Bradley Co. as a Defendant. In its Order dated January 23, 2014, in Civil Action 2013-cv-00140, consolidated into this Civil Action, however, the Court, *inter alia*, granted the Joint Motion to Substitute Defendants and substituted Char-Broil in place of W.C. Bradley Co. (See Dkt. No. 18 in both cases.) Defendants have styled the case accordingly. Defendants' substantive response is as follows.

- 1 -

Although the lifting of the stay based on the conclusion of the ITC proceeding may be automatic under the governing statute, 28 U.S.C. § 1659, given the language of the Court's stay order (Dkt. No. 65), and Rule 7(b), Fed. R. Civ. P., Defendants believe, as they informed Plaintiffs, that the proper course of action for Plaintiffs in seeking a lifting of the stay and in requesting a status conference is to file a motion.  Nevertheless, as noted by Plaintiffs in their Request, Char-Broil and Fudeer consent to a status conference.

Assuming the Court grants the request for a status conference, there are at least three matters Char-Broil and Fudeer would like to address at the conference. As the Court may recall, Plaintiffs asserted one utility patent (U.S. Patent No. 8,381,712) and two design patents (D662,773 and D660,646) against Char-Broil and Fudeer in this case prior to the case being stayed pending the conclusion of the ITC proceeding, *In the Matter of Certain Multiple Mode Outdoor Grills and Parts Thereof*, 337-TA-895.

The first issue is that, in the ITC proceeding, the Commission found in Char-Broil and Fudeer's favor that the accused Char-Broil grills do <u>not</u> infringe the asserted utility patent, and that decision was affirmed by the Federal Circuit Court of Appeals on December 9, 2016, as referenced in Plaintiffs' request for status conference.  Char-Broil and Fudeer request that one of the topics for discussion at

the status conference be whether A&J is seeking to relitigate that issue in this Court in any respect and, if so, on what basis.

Second, the '712 utility patent is the subject of an ex parte reexamination proceeding currently pending before the central reexamination unit of the U.S. Patent and Trademark Office, and the initial decision of the unit was to reject all the claims of the '712 patent as obvious and thus unpatentable. Unless A&J successfully persuades the Patent Office to reverse that decision, the '712 patent will not survive reexamination. Consequently, Char-Broil and Fudeer anticipate filing a motion to continue the stay in this case pending the final resolution of that ex parte reexamination proceeding. Char-Broil and Fudeer expect the defendants in the other cases involving the '712 patent in which A&J is seeking to lift the stay to file similar motions.

Third, Defendants would like to bring the Court up to date on the design patents at issue. Plaintiffs withdrew their claims under these patents in the ITC proceeding after Defendants submitted evidence of invalidity and unenforceability. Plaintiffs then proceeded to file ex parte petitions for reexamination in the Patent Office on both patents. While Defendants did not have an opportunity to participate in the reexamination process, Defendants believe the results may impact the infringement analysis as to Defendants' accused grill products. Defendants

request that, if a status conference is held, the parties discuss a schedule for Plaintiffs to provide infringement contentions in light of these developments.

Defendants Char-Broil and Fudeer would welcome the opportunity to discuss these matters with the Court.

Respectfully submitted, this 10th day of March, 2017.

> */s/John W. Harbin*
> John W. Harbin
> Georgia Bar No. 324130
> MEUNIER CARLIN & CURFMAN LLC
> 999 Peachtree Street NE, Suite 1300
> Atlanta, Georgia 30309
> Phone: 404-645-7700
> jharbin@mcciplaw.com
>
>
> James B. Durham
> HALL BOOTH SMITH, PC
> 3528 Darien Highway, Suite 300
> Brunswick, GA 31525
> Phone: 912-554-0093
> Email: jdurham@hallboothsmith.com
>
>
> *Attorneys for Defendants*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above **DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR STATUS CONFERENCE** has been served upon all counsel of record via the CM/ECF system, this 10th day of March, 2017.

*/s/John W. Harbin*
John W. Harbin
