IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| A&J MANUFACTURING, LLC; and A&J MANUFACTURING, INC., <br><br>            Plaintiffs, <br><br>     v. <br><br> ZHEJIANG FUDEER ELECTRIC APPLIANCE CO., LTD.; and CHAR-BROIL, LLC, <br><br>            Defendants. | CIVIL ACTION NO.: 2:13-cv-115 <br><br> (Rel. Case No.: 2:13-cv-140) |

**O R D E R**

On June 8, 2017, the Court held a telephonic conference with the parties to discuss the status of the stay in this case. (Doc. 33.) At the conclusion of that conference, the Court directed the parties to meet and discuss the possibility of settlement and the continued status of the stay. (Doc. 34.) The Court held a follow-up status conference with the parties on August 22, 2017, to discuss their efforts. (Doc. 40.) Plaintiffs indicated that they were amenable to conducting settlement discussions, but Defendants stated that they wished to continue staying the case pending the results of the United States Patent and Trademark Office's reexamination of the patent at issue. This case is currently stayed and has remained stayed since January 23, 2014. (Doc. 17.) However, Plaintiffs represented during both status conferences that the only remaining issue in this case is the amount of damages, because the allegedly infringing products are no longer in production.

The Court hereby **ORDERS** that this matter be set for a Settlement Conference. The Court requires that the parties appear personally at the Conference. If any party is insured for the

claims at issue, a representative of the insurer who has full settlement authority shall also appear in person.  At the Conference, counsel who will actually try the case and each party, armed with full settlement discretion, shall be present.  <u>Having the client available by telephone is not acceptable.</u>  The Court **DIRECTS** the parties to confer and contact the undersigned's Courtroom Deputy within **fourteen (14) days** of the date of this Order with proposed dates—not to exceed **seventy-five (75)** days from the date of this Order—to conduct the Settlement Conference.

Furthermore, to facilitate settlement discussions, the Court shall allow the parties to conduct limited discovery on the issue of damages.  All discovery on this issue must be exchanged prior to the Settlement Conference date.  This case **REMAINS STAYED** until further Order of the Court.

**SO ORDERED**, this 25th day of September, 2017.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA